JS-6

1
2
3
4
5
6
7
8        **UNITED STATES DISTRICT COURT**
9        **CENTRAL DISTRICT OF CALIFORNIA**
10

11  | United Soccer Leagues LLC, a Delaware corporation, | Case No. 8:19-cv-00913-DSF-KES |

United Soccer Leagues LLC, a Delaware corporation,

                Plaintiff,

        vs.

United Premier Soccer League Inc.,

                Defendant.

Case No. 8:19-cv-00913-DSF-KES

**ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Judge:       Hon. Dale S. Fischer
Ctrm:        7D
Trial Date:  October 20, 2020

-1-

1        The Court, having considered the Joint Stipulation of Dismissal with Prejudice

2   submitted by Plaintiff United Soccer Leagues LLC and Defendant United Premier

3   Soccer League Inc., and good cause being found, it is hereby ORDERED that:

4        (1)    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims asserted by the

5   plaintiff in this action may be dismissed, with prejudice; and

6        (2)    Each party will bear its own attorneys' fees, costs, and expenses.

7

8        Good cause appearing,

9

10        IT IS SO ORDERED.

11   DATED:  April 23, 2020

12                                             _____

13                            Honorable Dale S. Fischer
                           UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER ON JOINT STIPULATION OF DISMISSAL                         Case No: 8:19-cv-00913-DSF-KES